UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN, et al.

    Plaintiffs,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
06-CV-13572-DT

HON. BERNARD A. FRIEDMAN

## OPINION AND ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 115)

This matter is presently before the Court on Plaintiff's objections to Magistrate Judge Mona Majzoub's Report and Recommendation, which was issued on October 24, 2006.

As required by Federal Rule of Civil Procedure 72(b), the Court reviews this matter *de novo*. After having made such a review of the record established and documentary evidence presented, the Court agrees with the Magistrate Judge's recommendations. Accordingly,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's objections to the Magistrate Judge's Report and Recommendation are overruled.

    ____s/Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    CHIEF UNITED STATES DISTRICT JUDGE

Dated: December 19, 2006
      Detroit, Michigan

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

**_____/s/ Patricia Foster Hommel_____
    Patricia Foster Hommel
   Secretary to Chief Judge Friedman**