UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BEVERLY TRAN,** *et al.,*

      Plaintiffs,

v.                                                Case No. 06-13572
                                                        Hon. Bernard A. Friedman

**MICHIGAN DEPARTMENT OF
HUMAN SERVICES,** *et al.,*

      Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated January 30, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated January 30, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants Anne-Marie Romanik-Patenaude, M.D., Manisha R. Parikh, M.D. and David S. Segaloff, M.D.'s motion to dismiss under Fed. R. Civ. P. 12(b)(6) and/or motion for summary judgment under Fed. R. Civ. P. 56 (Docket No. 138) is denied as moot.

   March 1, 2007                            s/Bernard A. Friedman
    Detroit, Michigan                      BERNARD A. FRIEDMAN
                                                CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

     **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel
  Secretary to Chief Judge Friedman**